UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Simon J. Burchett Photography, Inc., <br><br>                    Plaintiff, <br><br>-against- <br><br>Navingo B.V., <br><br>                    Defendant. | 25-CV-5761 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's July 28, 2025 Order, Dkt. 10, the parties were required to file a proposed case management plan, the contents of which are described therein, by October 15, 2025. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, October 20 at 2:00 PM.**

      SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge